**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Northern Boulevard Automall, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Long Island City Volkswagen** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-1184548** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**56-15 Northern Boulevard**<br>**Woodside, NY 11377**<br>Number, Street, City, State & ZIP Code<br><br>**Queens**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.licvw.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **Northern Boulevard Automall, LLC**                                    Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,000 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,000 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
| --- | --- |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2019**
           MM / DD / YYYY

**X** **/s/ Nikolaos Letsios**                  **Nikolaos Letsios**
Signature of authorized representative of debtor        Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Robert J. Spence**           Date **March  6, 2019**
Signature of attorney for debtor                    MM / DD / YYYY

**Robert J. Spence**
Printed name

**Spence Law Office, P.C.**
Firm name

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
Number, Street, City, State & ZIP Code

Contact phone   **516-336-2060**      Email address   **rspence@spencelawpc.com**

**rs3506 NY**
Bar number and State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:   NORTHERN BOULEVARD AUTOMALL, LLC,          Case No 19-
         d/b/a Long Island City Volkswagen,                        Chapter 11


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nikolaos Letsios, declare under penalty of perjury that I am the Managing Member of Northern Boulevard Automall, LLC, a New York Limited Liability Company and that on March 6, 2019 the following resolution was duly adopted by the Officer/Director of this Limited Liability Company:

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nikolaos Letsios, Managing Member of his Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that Nikolaos Letsios, Managing Member of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

Be It Further Resolved, that Nikolaos Letsios, Managing Member of this Limited Liability Company, is authorized and directed to employ the law firm of Spence Law Office, P.C. to represent the Limited Liability Company in such bankruptcy case."

Executed on March 6, 2019                          Signed: */s/ Nikolaos Letsios*
                                                            Nikolaos Letsios

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:   NORTHERN BOULEVARD AUTOMALL, LLC,          Case No 19-
         d/b/a Long Island City Volkswagen,          Chapter 11


STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

      I, Nikolaos Letsios, declare under penalty of perjury that I am the Managing Member of Northern Boulevard Automall, LLC, a New York Limited Liability Company and that on March 6, 2019 the following resolution was duly adopted by the Officer/Director of this Limited Liability Company:

      "Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

      Be It Therefore Resolved, that Nikolaos Letsios, Managing Member of his Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11voluntary bankruptcy case on behalf of the Limited Liability Company; and

      Be It Further Resolved, that Nikolaos Letsios, Managing Member of this Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case; and

      Be It Further Resolved, that Nikolaos Letsios, Managing Member of this Limited Liability Company, is authorized and directed to employ the law firm of Spence Law Office, P.C. to represent the Limited Liability Company in such bankruptcy case."

Executed on March 6, 2019         Signed: _/s/ Nikolaos Letsios_
                              Nikolaos Letsios

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Northern Boulevard Automall, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  6, 2019**          X /s/ Nikolaos Letsios
                                            _____
                                            Signature of individual signing on behalf of debtor

                                            **Nikolaos Letsios**
                                            _____
                                            Printed name

                                            **Managing Member**
                                            _____
                                            Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Northern Boulevard Automall, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A Rapid** 28 Welwood Street Phoenix, AZ 85041 | | | | | | $90,000.00 |
| **AMEX MERCHANT FINANCING** 200 Vessey Street New York, NY 10285-3106 | | **All Assets of Debtor** | | | | $490,000.00 |
| **Brothers Repair - DEC JAN** 21-15 38TH AVE Long Island City, NY 11101 | | | | | | $31,763.12 |
| **CIT DIRECT CAPITAL STATEW** 900 Merchants Concourse #216 Westbury, NY 11590 | | | | | | $47,499.00 |
| **CIT DIRECT CAPITAL STATEW** 900 Merchants Concourse #216 Westbury, NY 11590 | | | | | | $190,000.00 |
| **CLASSIC AUTOMOBILES** 64-66 80TH AVE Ridgewood, NY 11385 | | | | | | $60,254.50 |
| **CRYSTAL FUSION** 185 WEST MONTAUK HWY, Lindenhurst, NY 11757 | | | | | | $22,809.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Northern Boulevard Automall, LLC**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| EDMUNDS.COM, INC. P.O.BOX 783531 Philadelphia, PA 19178 | | | Disputed | | | $12,000.00 |
| JOHN MOUTOPOULOS 2838 Lee Place Bellmore, NY 11710 | | Note Payable | | | | $40,000.00 |
| KOEPPEL AND LASHER c/o Koeppel Nissan 74-15 Northern Blvd Jackson Heights, NY 11372 | | Note Payable | | | | $122,943.00 |
| LABONTE LAW GROUP, LLC 1461 FRANKLIN AVE, Suite LL-S Garden City, NY 11530 | | | | | | $14,835.56 |
| LAKELAND BANK 250 Oak Ridge Road Oak Ridge, NJ 07438 | | Parking Lifts | | $46,559.00 | $0.00 | $46,559.00 |
| PALISADES FUNDING LLC 72-12 QUEENS BLVD, Woodside, NY 11377 | | | | | | $105,401.87 |
| Staff Pro Inc 431 Beach 20th Street Far Rockaway, NY 11691 | | | | | | $52,880.00 |
| USWU 138-50 Queens Boulevard Jamaica, NY 11435 | | Union Fees | | | | $42,412.00 |
| VOLKSWAGEN CREDIT 1401 FRANKLIN BLVD, Libertyville, IL 60048 | | | | | | $17,158.48 |
| VOLKSWAGEN CREDIT 1401 FRANKLIN BLVD, Libertyville, IL 60048 | | Term Loan | Contingent Unliquidated Disputed | $428,103.00 | $0.00 | $428,103.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Northern Boulevard Automall, LLC**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VOLKSWAGEN CREDIT 1401 FRANKLIN BLVD, Libertyville, IL 60048** | | | | | | **$427,763.45** |
| **VOLKSWAGEN CREDIT Inc. 300 TICE BOULEVARD, Woodcliff Lake, NJ 07677** | | **All Assets** | **Contingent Unliquidated Disputed** | **$6,448,765.00** | **$360,900.00** | **$6,087,865.00** |
| **WARRENTECH AUTOMOTIVE, IN 14800 Frye Road LOCK BOX 99405, Fort Worth, TX 76155** | | | **Contingent Disputed** | | | **$40,000.00** |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 3

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Northern Boulevard Automall, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*....................................................................................    $              **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................    $    **5,851,178.49**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*..................................................................................    $    **5,851,178.49**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **6,946,038.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $      **63,531.56**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$    **1,998,697.57**

4.   **Total liabilities** ..............................................................................................................................
    Lines 2 + 3a + 3b        $    **9,008,267.13**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Northern Boulevard Automall, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Lines 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | **Checking Accounts as of 2/26/19** | | |
| | **\*8000 Long Island City Volkswagen $91.43** | | |
| | **\*6866 LONG ISLAND CITY VOLKSWAGEN $58.61** | | |
| | **\*8205 Long Island City Volkswagen - DMV $29.54** | | |
| | **\*8183 Long Island City Volkswagen - Merchant $64.91** | | |
| | **\*8175 Long Island City Volkswagen - Payroll $53.15** | | |
| | **\*8191 Long Island City Volkswagen - Refunds $4.85** | | |
| | **Total (Includes all deposit accounts): $302.49** | | |
| 3.1. | | Checking | $302.49 |

| 4. | **Other cash equivalents** *(Identify all)* |
|---|---|

| 5. | **Total of Part 1.** | $302.49 |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

Description, including name of holder of deposit

| 7.1. | **Security deposit for 46-11 Broadway lot (car storage)** | **$6,000.00** |
|---|---|---|

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                                  **$6,000.00**
       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.    **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:          **360,900.00**    -    **0.00**    = ....    **$360,900.00**
                                          face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                                  **$360,900.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.    **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.    **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Automobile parts** | | **$0.00** | **Replacement** | **$160,000.00** |
| **New and used car inventory - SEE ATTACHED SCHEDULE (approximately 190 cars)** | | **$0.00** | | **$5,295,976.00** |

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**23.** **Total of Part 5.**
Add lines 19 through 22.  Copy the total to line 84.

$5,455,976.00

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture**<br>Office furniture and fxtures and computers | $0.00 | | $8,000.00 |

**40.** **Office fixtures**

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$8,000.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(If known)* |
| | Name | |

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Mechanic's tools, car lifts | $0.00 | Liquidation | $20,000.00 |

| 51. | **Total of Part 8.** | | $20,000.00 |
|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **56-15 Northern Blvd.,<br>Woodside, NY ,<br>Showroom** | Lease | Unknown | | Unknown |
| 55.2. | **33-20 55th Street,<br>Woodside, NY, Auto<br>Service Center** | Lease | Unknown | | Unknown |
| 55.3. | **46-11 Broaway,<br>Woodside NY - Car<br>Storage** | Lease - Month<br>to Month | Unknown | | Unknown |

| Debtor | **Northern Boulevard Automall, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| 55.4. | **40-22 College Point Blvd Flushing, NY 11354-5115 - Car Storage** | **Lease - Month to Month** | Unknown | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** **Volkswagen Franchise** | Unknown | | Unknown |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** **Goodwill in business** | Unknown | | Unknown |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Northern Boulevard Automall, LLC**                                    Case number *(If known)* _____
            Name

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Causes of action for preferential payments and fraudulent conveyances and other similar actions under Chapter 5 of the Bankruptcy Code and under State and Federal laws.**                                              **Unknown**

Nature of claim     _____
Amount requested                **$0.00**

**Claims, counterclaims, defenses, setoffs, offsets based on the actions taken by VCI in pursuing collection and recovery of collateral and the Debtor's assets, including but not limited to the rights the Debtor may have in the VCI replevin action pending the EDNY**                **Unknown**

Nature of claim     equity, contract rights, federal and state laws and common law
Amount requested                **$0.00**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                  **$0.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Northern Boulevard Automall, LLC**                                    Case number *(If known)* _____
                  Name

Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $302.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $360,900.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,455,976.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,851,178.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,851,178.49 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**SCHEDULE B ATTACHMENT QUESTION 22 -  INVENTORY OF NEW AND USED CARS (NOTE THAT THIS INVENTORY IS SUBJECT TO ANY PENDING OR FINAL SALES)**

| Full Serial Number /Description | Detail Information | Loan ID | Loan Effective | Original Principal | Principal Balance |
|---|---|---|---|---|---|
| 3VWC57BU7KM 136422 | 2019 VOLK JETTA S | 7528243 | 2/25/2019 | 23,420.00 | 23,420.00 |
| 3VWC57BU9KM 005928 | 2019 VOLK JETTA S | 7517898 | 2/20/2019 | 17,487.00 | 17,487.00 |
| 3VWC57BU3KM 054316 | 2019 VOLK JETTA S | 7517897 | 2/20/2019 | 17,934.00 | 17,934.00 |
| 1V2MR2CA9KC 508426 | 2019 VOLK ATLAS SEL | 7517895 | 2/20/2019 | 39,767.00 | 39,767.00 |
| 3VWJD7AT5KM 707831 | 2019 VOLK BEETLE SE | 7515619 | 2/19/2019 | 24,929.00 | 24,929.00 |
| 3VW6T7AU2KM 007881 | 2019 VOLK GTI AUTOBAHN | 7515618 | 2/19/2019 | 37,211.00 | 37,211.00 |
| 3VV2B7AX0KM 075886 | 2019 VOLK TIGUAN SE | 7510095 | 2/14/2019 | 29,915.00 | 29,915.00 |
| 3VV2B7AX4KM 072392 | 2019 VOLK TIGUAN SE | 7510093 | 2/14/2019 | 28,600.00 | 28,600.00 |
| 3VV2B7AX5KM 074278 | 2019 VOLK TIGUAN SE | 7510092 | 2/14/2019 | 29,632.00 | 29,632.00 |
| 3VV2B7AX8KM 045289 | 2019 VOLK TIGUAN SE | 7510091 | 2/14/2019 | 29,447.00 | 29,447.00 |
| 3VWTT7AU6GM 043938 | 2016 VOLK GTI S/SE | 7509345 | 2/14/2019 | 17,379.00 | 17,379.00 |
| 3VWC57BU6KM 046548 | 2019 VOLK JETTA S | 7508985 | 2/14/2019 | 17,840.00 | 17,840.00 |
| 3VW4T7AJ8JM 216571 | 2018 VOLK JETTA GLI | 7508982 | 2/14/2019 | 25,531.00 | 25,531.00 |
| 3VV2B7AX2KM 036782 | 2019 VOLK TIGUAN SE | 7508029 | 2/13/2019 | 29,447.00 | 29,447.00 |
| 3VV0B7AX1KM 067349 | 2019 VOLK TIGUAN S | 7508027 | 2/13/2019 | 27,156.00 | 27,156.00 |
| 3VV4B7AX6KM 072418 | 2019 VOLK TIGUAN SEL PREMIUM | 7508026 | 2/13/2019 | 39,694.00 | 39,694.00 |
| WVGBV7AX2GW 509251 | 2016 VOLK TIGUAN S | 7504571 | 2/12/2019 | 21,912.00 | 21,912.00 |
| 3VV4B7AX6KM 073472 | 2019 VOLK TIGUAN SEL PREMIUM | 7500222 | 2/8/2019 | 39,372.00 | 39,372.00 |
| 3VV2B7AX9KM 060948 | 2019 VOLK TIGUAN SE | 7500221 | 2/8/2019 | 35,344.00 | 35,344.00 |
| 3VV4B7AX6KM 060883 | 2019 VOLK TIGUAN SEL PREMIUM | 7500220 | 2/8/2019 | 37,741.00 | 37,741.00 |
| 3VW6T7AU5KM 007714 | 2019 VOLK GTI AUTOBAHN | 7500219 | 2/8/2019 | 33,918.00 | 33,918.00 |
| 3VV2B7AX3KM 076966 | 2019 VOLK TIGUAN SE | 7500218 | 2/8/2019 | 29,632.00 | 29,632.00 |
| 3VV2B7AX4KM 076958 | 2019 VOLK TIGUAN SE | 7500217 | 2/8/2019 | 29,632.00 | 29,632.00 |
| 3VV4B7AX0KM 061950 | 2019 VOLK TIGUAN SEL PREMIUM | 7500215 | 2/8/2019 | 39,934.00 | 39,934.00 |
| 3VV4B7AX5KM 033626 | 2019 VOLK TIGUAN SEL PREMIUM | 7500214 | 2/8/2019 | 39,779.00 | 39,779.00 |
| 3VV2B7AX0KM 070705 | 2019 VOLK TIGUAN SE | 7498081 | 2/7/2019 | 30,194.00 | 30,194.00 |
| 3VV2B7AX8KM 033594 | 2019 VOLK TIGUAN SE | 7356936 | 11/23/2018 | 29,730.00 | 29,730.00 |
| 3VV4B7AX8KM 073022 | 2019 VOLK TIGUAN SEL PREMIUM | 7498079 | 2/7/2019 | 39,372.00 | 39,372.00 |
| 3VV2B7AX8KM 032171 | 2019 VOLK TIGUAN SE | 7498078 | 2/7/2019 | 29,447.00 | 29,447.00 |
| 3VV4B7AX0KM 058742 | 2019 VOLK TIGUAN SEL PREMIUM | 7498076 | 2/7/2019 | 39,267.00 | 39,267.00 |
| 3VV2B7AX1KM 044968 | 2019 VOLK TIGUAN SE | 7493184 | 2/5/2019 | 28,525.00 | 28,525.00 |

| | | | | | |
|---|---|---|---|---|---|
| 3VV2B7AX2KM 070026 | 2019 VOLK TIGUAN SE | 7490830 | 2/4/2019 | 29,162.00 | 29,162.00 |
| 3VV0B7AX4KM 074683 | 2019 VOLK TIGUAN S | 7490828 | 2/4/2019 | 27,156.00 | 27,156.00 |
| 3VV2B7AX4KM 076409 | 2019 VOLK TIGUAN SE | 7490827 | 2/4/2019 | 29,632.00 | 29,632.00 |
| 3VV2B7AX8KM 065333 | 2019 VOLK TIGUAN SE | 7490825 | 2/4/2019 | 28,600.00 | 28,600.00 |
| 3VV2B7AX9KM 039789 | 2019 VOLK TIGUAN SE | 7490824 | 2/4/2019 | 29,447.00 | 29,447.00 |
| 3VW5DAAT7KM 502736 | 2019 VOLK BEETLE S | 7490823 | 2/4/2019 | 26,165.00 | 26,165.00 |
| WVGBV7AX8JK 002255 | 2018 VOLK TIGUAN LIMITED | 7489841 | 2/4/2019 | 20,971.00 | 20,971.00 |
| 1VWLA7A30KC 011381 | 2019 VOLK PASSAT WOLFSBURG | 7488340 | 2/1/2019 | 26,627.00 | 26,627.00 |
| 1VWLA7A31KC 011339 | 2019 VOLK PASSAT WOLFSBURG | 7488339 | 2/1/2019 | 26,627.00 | 26,627.00 |
| 3VV2B7AX4KM 068830 | | 7486344 | 1/31/2019 | 33,568.00 | 33,568.00 |
| 3VV0B7AX0KM 067374 | 2019 VOLK TIGUAN S | 7486342 | 1/31/2019 | 27,156.00 | 27,156.00 |
| 3VV2B7AX8KM 061833 | 2019 VOLK TIGUAN SE | 7486341 | 1/31/2019 | 35,344.00 | 35,344.00 |
| 3VWB17AJ8GM 272645 | 2016 VOLK JETTA SPORT | 7483006 | 1/30/2019 | 11,862.00 | 11,862.00 |
| 3VV2B7AX3KM 064655 | 2019 VOLK TIGUAN SE | 7481394 | 1/29/2019 | 29,632.00 | 29,632.00 |
| 3VV0B7AX7KM 068795 | 2019 VOLK TIGUAN S | 7481391 | 1/29/2019 | 26,594.00 | 26,594.00 |
| 3VW6T7AU2KM 007489 | 2019 VOLK GTI AUTOBAHN | 7481390 | 1/29/2019 | 33,179.00 | 33,179.00 |
| 3VV2B7AX3KM 060556 | 2019 VOLK TIGUAN SE | 7478463 | 1/28/2019 | 33,568.00 | 33,568.00 |
| NM0LS7E79G1 262929 | 2016 FORD TRANSIT CONNECT XL | 7474375 | 1/25/2019 | 16,400.00 | 16,400.00 |
| 3VV2B7AX1KM 067358 | 2019 VOLK TIGUAN SE | 7473937 | 1/25/2019 | 35,344.00 | 35,344.00 |
| 3VV2B7AX2KM 029296 | 2019 VOLK TIGUAN SE | 7473934 | 1/25/2019 | 33,071.00 | 33,071.00 |
| 3VV2B7AX7KM 065422 | 2019 VOLK TIGUAN SE | 7473933 | 1/25/2019 | 29,915.00 | 29,915.00 |
| 3VV2B7AX9KM 067141 | 2019 VOLK TIGUAN SE | 7473932 | 1/25/2019 | 30,194.00 | 30,194.00 |
| 3VWC57BU1KM 116974 | 2019 VOLK JETTA S | 7473931 | 1/25/2019 | 23,738.00 | 23,738.00 |
| 3VV2B7AX6KM 046022 | 2019 VOLK TIGUAN SE | 7473930 | 1/25/2019 | 29,959.00 | 29,959.00 |
| 3VV2B7AX6KM 055612 | 2019 VOLK TIGUAN SE | 7473929 | 1/25/2019 | 29,447.00 | 29,447.00 |
| 3VV0B7AX1KM 066153 | 2019 VOLK TIGUAN S | 7470119 | 1/23/2019 | 26,354.00 | 26,354.00 |
| 2C4RDGEG0HR 674855 | 2017 DODG GRAND CARAVAN GT | 7470030 | 1/23/2019 | 17,000.00 | 17,000.00 |
| 3VV2B7AX4KM 061098 | 2019 VOLK TIGUAN SE | 7468971 | 1/23/2019 | 33,568.00 | 33,568.00 |
| 3VWW57AU2KM 004988 | 2019 VOLK GOLF S | 7468970 | 1/23/2019 | 24,779.00 | 24,779.00 |
| 3VV4B7AX2KM 072318 | 2019 VOLK TIGUAN SEL PREMIUM | 7465547 | 1/22/2019 | 39,934.00 | 39,934.00 |
| 3VV2B7AX5KM 064754 | 2019 VOLK TIGUAN SE | 7465546 | 1/22/2019 | 30,477.00 | 30,477.00 |
| 3VWN57BU1KM 115736 | 2019 VOLK JETTA S | 7465545 | 1/22/2019 | 19,484.00 | 19,484.00 |
| 3VV2B7AXXKM 030132 | 2019 VOLK TIGUAN SE | 7462321 | 1/18/2019 | 34,847.00 | 34,847.00 |
| 3VV2B7AX6KM 029303 | 2019 VOLK TIGUAN SE | 7462320 | 1/18/2019 | 33,071.00 | 33,071.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1VWLA7A30KC 008769 | 2019 VOLK PASSAT WOLFSBURG | 7459374 | 1/17/2019 | 26,627.00 | 26,627.00 |
| 1VWLA7A37KC 008171 | 2019 VOLK PASSAT WOLFSBURG | 7459373 | 1/17/2019 | 26,627.00 | 26,627.00 |
| 1VWLA7A38KC 011001 | 2019 VOLK PASSAT WOLFSBURG | 7459372 | 1/17/2019 | 26,627.00 | 26,627.00 |
| 1VWLA7A38KC 011192 | 2019 VOLK PASSAT WOLFSBURG | 7459371 | 1/17/2019 | 26,627.00 | 26,627.00 |
| 1VWLA7A3XKC 008553 | 2019 VOLK PASSAT WOLFSBURG | 7459370 | 1/17/2019 | 26,627.00 | 26,627.00 |
| 1V2GR2CA0KC 530117 | 2019 VOLK ATLAS S | 7459369 | 1/17/2019 | 34,615.00 | 34,615.00 |
| 1V2GR2CA0KC 529114 | 2019 VOLK ATLAS S | 7459368 | 1/17/2019 | 34,615.00 | 34,615.00 |
| 3VW447AU4HM 073104 | 2017 VOLK GTI S/SE | 7458547 | 1/17/2019 | 29,071.00 | 29,071.00 |
| 3VV2B7AX4KM 067371 | 2019 VOLK TIGUAN SE | 7456745 | 1/16/2019 | 35,344.00 | 35,344.00 |
| 3VV2B7AX2KM 029234 | 2019 VOLK TIGUAN SE | 7456743 | 1/16/2019 | 33,071.00 | 33,071.00 |
| WVWLF7AUXGW 184294 | 2016 VOLK GOLF R | 7453718 | 1/15/2019 | 28,127.00 | 28,127.00 |
| 3VW5T7AU3KM 005388 | 2019 VOLK GTI AUTOBAHN | 7451916 | 1/14/2019 | 29,242.00 | 29,242.00 |
| 3VV2B7AX0KM 061471 | 2019 VOLK TIGUAN SE | 7451914 | 1/14/2019 | 33,568.00 | 33,568.00 |
| 3VWG57AU0KM 002290 | 2019 VOLK GOLF S | 7451910 | 1/14/2019 | 25,835.00 | 25,835.00 |
| 3VWC57BU4KM 120324 | 2019 VOLK JETTA S | 7451906 | 1/14/2019 | 22,574.00 | 22,574.00 |
| 3VW5T7AJ3GM 234182 | 2016 VOLK JETTA GLI | 7448251 | 1/11/2019 | 15,094.00 | 15,094.00 |
| 1VWJM7A32JC 047120 | 2018 VOLK PASSAT GT | 7445927 | 1/10/2019 | 32,417.00 | 32,417.00 |
| 3VV2B7AX4JM 108869 | 2018 VOLK TIGUAN SE | 7443462 | 1/9/2019 | 26,800.00 | 26,800.00 |
| 3VV2B7AX0KM 058652 | 2019 VOLK TIGUAN SE | 7442183 | 1/8/2019 | 28,415.00 | 28,415.00 |
| 3VWG57AU5KM 006366 | 2019 VOLK GOLF S | 7442181 | 1/8/2019 | 26,949.00 | 26,949.00 |
| 3VV2B7AX6KM 058638 | 2019 VOLK TIGUAN SE | 7442180 | 1/8/2019 | 29,447.00 | 29,447.00 |
| 3VWE57BU5KM 120115 | 2019 VOLK JETTA SEL | 7442179 | 1/8/2019 | 25,286.00 | 25,286.00 |
| 3VV2B7AX3KM 036886 | 2019 VOLK TIGUAN SE | 7439881 | 1/7/2019 | 29,959.00 | 29,959.00 |
| 3VV2B7AX4KM 038453 | 2019 VOLK TIGUAN SE | 7439879 | 1/7/2019 | 29,447.00 | 29,447.00 |
| 3VV2B7AX5KM 036680 | 2019 VOLK TIGUAN SE | 7439878 | 1/7/2019 | 29,447.00 | 29,447.00 |
| 3VV2B7AXXKM 061493 | 2019 VOLK TIGUAN SE | 7439877 | 1/7/2019 | 34,130.00 | 34,130.00 |
| 3VV2B7AXXKM 050042 | 2019 VOLK TIGUAN SE | 7439875 | 1/7/2019 | 35,359.00 | 35,359.00 |
| 3VWD67AJ3GM 309255 | 2016 VOLK JETTA SE | 7437881 | 1/7/2019 | 12,074.00 | 12,074.00 |
| 3VW267AJ8GM 413604 | 2016 VOLK JETTA S | 7437862 | 1/7/2019 | 12,199.00 | 12,199.00 |
| 3VW217AU2HM 041395 | 2017 VOLK GOLF S | 7437470 | 1/7/2019 | 21,594.00 | 21,594.00 |
| 3VW117AU4JM 752727 | 2018 VOLK GOLF SPORTWAGEN S | 7437469 | 1/7/2019 | 21,857.00 | 21,857.00 |
| 3VV2B7AX5KM 053222 | 2019 VOLK TIGUAN SE | 7433471 | 1/2/2019 | 28,415.00 | 28,415.00 |
| 3VV2B7AX6KM 044531 | 2019 VOLK TIGUAN SE | 7433470 | 1/2/2019 | 29,447.00 | 29,447.00 |
| 1V2XR2CA2KC 507003 | 2019 VOLK ATLAS SE | 7432370 | 12/31/2018 | 41,369.00 | 41,369.00 |

| VIN | Description | Number | Date | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| 3VV4B7AX3KM 048108 | 2019 VOLK TIGUAN SEL PREMIUM | 7422697 | 12/27/2018 | 39,779.00 | 39,779.00 |
| 3VV2B7AX0KM 051670 | | 7422695 | 12/27/2018 | 28,415.00 | 28,415.00 |
| 3VV2B7AX6KM 049146 | 2019 VOLK TIGUAN SE | 7422691 | 12/27/2018 | 28,927.00 | 28,927.00 |
| 1V2GR2CA8KC 527367 | 2019 VOLK ATLAS S | 7420330 | 12/26/2018 | 34,380.00 | 34,380.00 |
| 3VWJD7AT2KM 705695 | 2019 VOLK BEETLE SE | 7417383 | 12/24/2018 | 27,179.00 | 27,179.00 |
| 1V2GR2CA5KC 528766 | 2019 VOLK ATLAS S | 7411951 | 12/21/2018 | 34,380.00 | 34,380.00 |
| 1V2GR2CA8KC 528731 | 2019 VOLK ATLAS S | 7411950 | 12/21/2018 | 34,380.00 | 34,380.00 |
| 1VWMA7A37KC 013228 | 2019 VOLK PASSAT SE R-LINE | 7411949 | 12/21/2018 | 30,555.00 | 30,555.00 |
| 3VWD17AU7JM 757885 | 2018 VOLK GOLF SPORTWAGEN S | 7411239 | 12/21/2018 | 20,252.00 | 20,252.00 |
| 3VV2B7AX0KM 029412 | 2019 VOLK TIGUAN SE | 7409862 | 12/20/2018 | 33,071.00 | 33,071.00 |
| 3VV2B7AX6KM 048949 | 2019 VOLK TIGUAN SE | 7409861 | 12/20/2018 | 29,447.00 | 29,447.00 |
| 3VV2B7AX9KM 048671 | 2019 VOLK TIGUAN SE | 7409858 | 12/20/2018 | 33,568.00 | 33,568.00 |
| WVGEP9BP6GD 005573 | 0 VOLKS 7P63K8 | 7396475 | 12/13/2018 | 56,028.00 | 56,028.00 |
| 3VW117AU0JM 761666 | 2018 VOLK GOLF SPORTWAGEN S | 7389779 | 12/11/2018 | 21,883.00 | 21,883.00 |
| 3VW217AU7HM 040551 | 2017 VOLK GOLF S | 7385099 | 12/7/2018 | 23,767.00 | 23,767.00 |
| 3VWH17AU1HM 536679 | 2017 VOLK GOLF ALLTRACK S | 7384077 | 12/6/2018 | 28,003.00 | 28,003.00 |
| 3VV2B7AX7JM 014548 | 2018 VOLK TIGUAN SE | 7384073 | 12/6/2018 | 28,059.00 | 28,059.00 |
| 1VWCT7A3XHC 075995 | 2017 VOLK PASSAT SEL PREMIUM | 7384071 | 12/6/2018 | 26,351.00 | 26,351.00 |
| WAUBFAFLXGN 011936 | 2016 AUDI A4 PREMIUM | 7384045 | 12/6/2018 | 22,908.00 | 22,908.00 |
| 1VWLA7A31KC 006948 | 2019 VOLK PASSAT WOLFSBURG | 7383324 | 12/6/2018 | 26,412.00 | 26,412.00 |
| 1VWBT7A32GC 035632 | 2016 VOLK PASSAT SE | 7382401 | 12/5/2018 | 15,139.00 | 15,139.00 |
| 3VV2B7AX8KM 008369 | 2019 VOLK TIGUAN SE | 7373079 | 11/30/2018 | 33,583.00 | 33,583.00 |
| 3VV4B7AX3KM 008899 | 2019 VOLK TIGUAN SEL PREMIUM | 7373075 | 11/30/2018 | 37,679.00 | 37,679.00 |
| 3VWC57BU1KM 112620 | 2019 VOLK JETTA S | 7373070 | 11/30/2018 | 20,536.00 | 20,536.00 |
| 3VWG57BUXKM 105814 | 2019 VOLK JETTA SEL PREMIUM | 7373068 | 11/30/2018 | 27,172.00 | 27,172.00 |
| 3VW217AUXHM 039832 | 2017 VOLK GOLF S | 7371401 | 11/30/2018 | 22,263.00 | 22,263.00 |
| 1V2GR2CA1KC 520079 | 2019 VOLK ATLAS S | 7367218 | 11/29/2018 | 34,380.00 | 34,380.00 |
| 1V2GR2CA2KC 516753 | 2019 VOLK ATLAS S | 7367215 | 11/29/2018 | 34,380.00 | 34,380.00 |
| 1V2GR2CA2KC 514761 | 2019 VOLK ATLAS S | 7367214 | 11/29/2018 | 34,380.00 | 34,380.00 |
| 3VWG57AU0KM 000300 | 2019 VOLK GOLF S | 7364861 | 11/28/2018 | 23,537.00 | 23,537.00 |
| 3VV4B7AXXKM 007507 | 2019 VOLK TIGUAN SEL PREMIUM | 7364854 | 11/28/2018 | 37,396.00 | 37,396.00 |
| 1V2RR2CA3KC 514230 | 2019 VOLK ATLAS SEL | 7364852 | 11/28/2018 | 45,676.00 | 45,676.00 |
| 3VWH17AUXHM 539239 | 2017 VOLK GOLF ALLTRACK S | 7363930 | 11/28/2018 | 28,462.00 | 28,462.00 |
| 3VWH17AUXHM 536101 | 2017 VOLK GOLF ALLTRACK S | 7363929 | 11/28/2018 | 28,599.00 | 28,599.00 |

| VIN | Description | Number | Date | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| 1VWAA7A37JC 010671 | 2018 VOLK PASSAT S | 7363920 | 11/28/2018 | 22,211.00 | 22,211.00 |
| 1VWBT7A31FC 122730 | 2015 VOLK PASSAT SE | 7361596 | 11/27/2018 | 13,265.00 | 13,265.00 |
| 3VWG57BU3KM 103886 | 2019 VOLK JETTA SEL PREMIUM | 7356940 | 11/23/2018 | 27,172.00 | 27,172.00 |
| 3VV2B7AX0KM 011749 | 2019 VOLK TIGUAN SE | 7356939 | 11/23/2018 | 33,071.00 | 33,071.00 |
| 3VV2B7AX8KM 017654 | 2019 VOLK TIGUAN SE | 7349278 | 11/19/2018 | 33,583.00 | 33,583.00 |
| 3VV2B7AXXKM 011323 | 2019 VOLK TIGUAN SE | 7342520 | 11/14/2018 | 34,847.00 | 34,847.00 |
| 3VV4B7AX8KM 010874 | 2019 VOLK TIGUAN SEL PREMIUM | 7342518 | 11/14/2018 | 37,396.00 | 37,396.00 |
| 1VWLA7A35KC 004412 | 2019 VOLK PASSAT WOLFSBURG | 7339493 | 11/13/2018 | 26,412.00 | 26,412.00 |
| WVGEF9BP3GD 006151 | 2016 VOLK TOUAREG SPORT | 7334497 | 11/8/2018 | 26,989.00 | 26,989.00 |
| 3VW217AU0HM 011313 | 2017 VOLK GOLF S | 7334428 | 11/8/2018 | 15,973.00 | 15,973.00 |
| 1GNSCJE01DR 226040 | 2013 CHEV SUBURBAN C1500 LT | 7333931 | 11/7/2018 | 19,800.00 | 19,800.00 |
| 4JGDA5HB4EA 356417 | 2014 MERZ ML 350 4MATIC | 7333756 | 11/7/2018 | 19,250.00 | 19,250.00 |
| 3VWG57BU1KM 104129 | 2019 VOLK JETTA SEL PREMIUM | 7333501 | 11/7/2018 | 27,172.00 | 27,172.00 |
| 1V2MR2CA2KC 510292 | 2019 VOLK ATLAS SEL | 7333498 | 11/7/2018 | 43,889.00 | 43,889.00 |
| 3VWC57BU3KM 027567 | 2019 VOLK JETTA S | 7333497 | 11/7/2018 | 20,536.00 | 20,536.00 |
| 1VWLA7A3XKC 002266 | 2019 VOLK PASSAT WOLFSBURG | 7331484 | 11/6/2018 | 26,412.00 | 26,412.00 |
| WVGBV7AXXGW 587504 | 2016 VOLK TIGUAN S | 7331187 | 11/6/2018 | 20,436.00 | 20,436.00 |
| 1VWLA7A39KC 001299 | 2019 VOLK PASSAT WOLFSBURG | 7325008 | 11/1/2018 | 26,412.00 | 26,412.00 |
| WVGBV7AXXHK 049992 | 2017 VOLK TIGUAN S | 7323909 | 11/1/2018 | 22,412.00 | 22,412.00 |
| WVGBV7AX8JK 000327 | 2018 VOLK TIGUAN LIMITED | 7323906 | 11/1/2018 | 23,266.00 | 23,266.00 |
| WVGBV7AX3HK 049624 | 2017 VOLK TIGUAN S | 7323901 | 11/1/2018 | 21,365.00 | 21,365.00 |
| 3VWJ17AT4HM 610329 | 2017 VOLK BEETLE SE | 7323839 | 11/1/2018 | 19,882.00 | 19,882.00 |
| 3VW017AU7HM 538319 | 2017 VOLK GOLF SPORTWAGEN S | 7323808 | 11/1/2018 | 22,063.00 | 22,063.00 |
| 3VWG57BU6KM 086081 | 2019 VOLK JETTA SEL PREMIUM | 7323260 | 10/31/2018 | 27,162.00 | 27,162.00 |
| 3VWG17AU5JM 251369 | 2018 VOLK GOLF S | 7322899 | 10/31/2018 | 22,379.00 | 22,379.00 |
| 3VWG17AU9JM 262276 | 2018 VOLK GOLF S | 7322897 | 10/31/2018 | 22,379.00 | 22,379.00 |
| 3VV4B7AX8KM 023494 | 2019 VOLK TIGUAN SEL PREMIUM | 7321652 | 10/31/2018 | 39,212.00 | 39,212.00 |
| 3C6TRVAG5HE 532138 | 2017 RAM PROMASTER 1500 150 | 7320342 | 10/30/2018 | 20,000.00 | 20,000.00 |
| 1V2UR2CA2KC 509529 | 2019 VOLK ATLAS SE | 7319341 | 10/30/2018 | 40,103.00 | 40,103.00 |
| 1V2UR2CA9KC 507647 | 2019 VOLK ATLAS SE | 7302109 | 10/24/2018 | 39,501.00 | 39,501.00 |
| 1V2XR2CA3KC 507849 | 2019 VOLK ATLAS SE | 7299703 | 10/23/2018 | 41,369.00 | 41,369.00 |
| 1V2GR2CA9KC 506978 | 2019 VOLK ATLAS S | 7297480 | 10/22/2018 | 34,615.00 | 34,615.00 |
| 5NPE24AF7GH 387198 | 2016 HYUN SONATA SE | 7294120 | 10/18/2018 | 11,175.00 | 11,175.00 |
| 3VW917AU3FM 027534 | 2015 VOLK GOLF | 7294119 | 10/17/2018 | 11,000.00 | 11,000.00 |

| VIN | Description | | Date | | |
|---|---|---|---|---|---|
| 3VW217AU9HM 040258 | 2017 VOLK GOLF S | 7278389 | 10/9/2018 | 21,668.00 | 21,668.00 |
| 3VWC57BU0KM 101513 | 2019 VOLK JETTA S | 7276456 | 10/5/2018 | 23,380.00 | 23,380.00 |
| 3VWC57BU6KM 102584 | 2019 VOLK JETTA S | 7276453 | 10/5/2018 | 23,380.00 | 23,380.00 |
| 3VWFD7AT0JM 708051 | 2018 VOLK BEETLE S | 7263434 | 9/28/2018 | 20,536.00 | 20,536.00 |
| 3VWE57BU4KM 050686 | 2019 VOLK JETTA SEL | 7245265 | 9/20/2018 | 24,732.00 | 24,732.00 |
| 3VWC57BU6KM 078934 | 2019 VOLK JETTA S | 7236240 | 9/14/2018 | 22,564.00 | 22,564.00 |
| 3VWC57BU8KM 081608 | 2019 VOLK JETTA S | 7236239 | 9/14/2018 | 22,564.00 | 22,564.00 |
| 3VWC57BU9KM 070164 | 2019 VOLK JETTA S | 7236238 | 9/14/2018 | 20,536.00 | 20,536.00 |
| 3VWN57BU0KM 067906 | 2019 VOLK JETTA S | 7158845 | 8/3/2018 | 19,484.00 | 19,484.00 |
| 1V2NR2CA8JC 566465 | 2018 VOLK ATLAS SEL PREMIUM | 7128871 | 7/23/2018 | 48,975.00 | 48,975.00 |
| 1V2NR2CA4JC 568097 | 2018 VOLK ATLAS SEL PREMIUM | 7120628 | 7/18/2018 | 48,655.00 | 48,655.00 |
| 1V2NR2CA3JC 572769 | 2018 VOLK ATLAS SEL PREMIUM | 7098065 | 7/5/2018 | 48,367.00 | 48,367.00 |
| 3VWJL7ATXDM 683726 | 2013 VOLK BEETLE | 7082999 | 6/27/2018 | 11,385.00 | 11,385.00 |
| WAUBFAFL9GN 015542 | 2016 AUDI A4 PREMIUM | 7029752 | 5/25/2018 | 21,000.00 | 21,000.00 |
| 1N4AA5AP5EC 452726 | 2014 NISS MAXIMA S | 6965862 | 4/16/2018 | 12,875.00 | 12,875.00 |
| 3VWDB7AJ5HM 387436 | 2017 VOLK JETTA SE | 6914624 | 3/14/2018 | 19,222.00 | 19,222.00 |
| WVGEP9BP8GD 006157 | 0 VOLKS 7P63K8 | 6899737 | 3/3/2018 | 56,028.00 | 56,028.00 |
| WVGEP9BP0GD 006122 | 0 VOLKS 7P63K8 | 6551113 | 8/8/2017 | 56,028.00 | 56,028.00 |
| **TOTALS** | | | | **5,295,976.00** | **5,295,976.00** |

| Fill in this information to identify the case: |
|---|

Debtor name **Northern Boulevard Automall, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**2.1** | **GREAT AMERICAN FINANCE SE**

Creditor's Name

**625 First Street**
**Cedar Rapids, IA**
**52401-2030**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Hunter System**

_____

Describe the lien
**UCC**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,986.00** | **$0.00**

---

**2.2** | **LAKELAND BANK**

Creditor's Name

**250 Oak Ridge Road**
**Oak Ridge, NJ 07438**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Parking Lifts**

Describe the lien
**UCC Filing**

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$46,559.00** | **$0.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Northern Boulevard Automall, LLC**
_____
Name

Case number (if know) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **REYNA CAPITAL CORPORATION** | | |
|---|---|---|---|

Creditor's Name

**PO BOX 674275,
Dallas, TX 75267**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien     **$20,625.00**          **$0.00**
**Guardian Software and related materials**

Describe the lien
**UCC Filing**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **VOLKSWAGEN CREDIT** | | |
|---|---|---|---|

Creditor's Name

**1401 FRANKLIN BLVD,
Libertyville, IL 60048**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**Term Loan**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien     **$428,103.00**          **$0.00**
**All Assets**

Describe the lien
**UCC Filing**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.5 | **VOLKSWAGEN CREDIT Inc.** | | |
|---|---|---|---|

Creditor's Name

**300 TICE BOULEVARD,
Woodcliff Lake, NJ 07677**

Creditor's mailing address

Describe debtor's property that is subject to a lien     **$6,448,765.00**          **$360,900.00**
**All Assets**

Describe the lien
**UCC Filing**

---

Debtor    **Northern Boulevard Automall, LLC**
_____
Name

Case number (if know)    _____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**Floor Plan**
_____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $6,946,038.00 |

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joann Sternheimer, Esq.**<br>**Deily & Glastetter LLP**<br>**8 Southwoods Blvd.**<br>**Ste 207**<br>**Albany, NY 12211** | Line  2.5 | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Northern Boulevard Automall, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**ADAMS-EDWARDS, LYDIA** | $640.00 | $640.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**AHMED, REFATH** | $2,510.00 | $2,510.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Northern Boulevard Automall, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.75 | $633.00 |
| | **AVALOS, DARWIN** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,775.20 | $2,775.00 |
| | **AVILES, JAVIER A** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,465.20 | $2,465.00 |
| | **BEBRY, JANET** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500.00 | $1,500.00 |
| | **BROSI, KEVIN J** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 | $570.00 |
|---|---|---|---|---|
| | **CASTRO, ALBERT CESAR** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|
| | **CORDOVA, YESENIA** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **CORSEY, SHERETTE M** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.50 | $562.00 |
|---|---|---|---|---|
| | **CRUZ, ANGELA** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.23 | $785.00 |
| --- | --- | --- | --- | --- |

**DIAZ, CAROLINA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.50 | $562.00 |
| --- | --- | --- | --- | --- |

**DU, SARAH**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $814.50 | $814.00 |
| --- | --- | --- | --- | --- |

**ENCARNACION, DAVID**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.88 | $796.00 |
| --- | --- | --- | --- | --- |

**FRANCO, WILFRIDO**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Northern Boulevard Automall, LLC** | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| 2.15 | Priority creditor's name and mailing address<br>**FRANIA, ADAM** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,000.00** | **$2,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**HIDALGO, ERIKA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**JOSEPH, MARVIN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$420.00** | **$420.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **LEE, HERMAN** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,909.50 | $1,909.50 |
|---|---|---|---|---|
| | **LEE, SUNGIL** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|
| | **LEONG, LAWRENCE** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|
| | **LETSIOS, MARINA** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.63 | $765.63 |
|---|---|---|---|---|
| | **LI , JOHNSON** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,255.58 | $1,255.58 |
|---|---|---|---|---|
| | **LIQUET, BENJAMIN E.** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,011.50 | $1,011.50 |
|---|---|---|---|---|
| | **LOPEZ, JUAN TOMAS** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|
| | **LOWE, MONAE** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.25 | $1,785.25 |
|---|---|---|---|---|
| | **LUNA, CHRISTIAN P.** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.13 | $699.13 |
|---|---|---|---|---|
| | **MARTINEZ RIVERA, JOSE R.** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $654.01 | $654.01 |
|---|---|---|---|---|
| | **MCDONALD, BRIAN** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,527.60 | $1,527.60 |
|---|---|---|---|---|
| | **MEDINA, RODOLFO** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $808.13 | $808.13 |
|---|---|---|---|---|
| | **MOLLOY, BRIAN** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,646.15 | $2,646.15 |
|---|---|---|---|---|
| | **MOLLOY, DANIEL** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $896.75 | $896.75 |
|---|---|---|---|---|
| | **MONGE SERRANO, JOSE WILLI** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.50 | $580.50 |
|---|---|---|---|---|
| | **MORENO, MIGUEL E.** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address<br>**MORONTA, ANA M.** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**MOUTOPOULOS, ANGELA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116.25 | $116.25 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**MOUTOPOULOS, JOHN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,307.60 | $2,307.60 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**NIEVES, DANIEL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,236.00 | $1,236.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$813.75** | **$813.75** |
|---|---|---|---|---|
| | **NUNEZ, FRANCISCO** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$658.00** | **$658.00** |
|---|---|---|---|---|
| | **NUNEZ, MICHAEL A.** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **NYS Dept of Tax & Finance Bankruptcy Section PO BOX 5300 Albany, NY 12205** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ■ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Sales Tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$917.50** | **$917.50** |
|---|---|---|---|---|
| | **OWENS, MYKISHA** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.43 | Priority creditor's name and mailing address<br>**PAPANTONIOU, GEORGE S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,961.60** | **$3,961.60** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address<br>**PENA, ADONIS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,399.02** | **$1,399.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address<br>**RIOS, ROBERT M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,400.00** | **$1,400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address<br>**RIVERA, JOSEPH** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,806.94** | **$1,806.94** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.99 | $591.99 |
|---|---|---|---|---|
| | **ROOPNARINE, BRANDON** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $1,320.00 |
|---|---|---|---|---|
| | **SANCHEZ, ARTEMIO H.** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.57 | $2,339.57 |
|---|---|---|---|---|
| | **SAREEN, SOMANSHU** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $918.10 | $918.10 |
|---|---|---|---|---|
| | **SEMPER, CYRIL** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* |
| | Name | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,322.50 | $1,322.50 |
|---|---|---|---|---|
| | **SKEETER, JONATHAN** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.00 | $919.00 |
|---|---|---|---|---|
| | **SOLORZANO, NORMA** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|
| | **THEN, JONATHAN** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.50 | $442.50 |
|---|---|---|---|---|
| | **VENTURA, MARIA** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Northern Boulevard Automall, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,700.00 | $1,700.00 |
|---|---|---|---|---|

**WEBER, LYNDA**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $903.75 | $903.75 |
|---|---|---|---|---|

**XHUDO, PETRIT**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ■ No
- ☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**12 VOLT DOCTOR**
**2917 ARTHUR KILL ROAD**
**Staten Island, NY 10309**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**142 North LLC**
**25-19 BORDEN AVENUE,**
**Astoria, NY 11103**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**2545 BORDEN LLC**
**25-19 Borden Avenue**
**Long Island City, NY 11101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**   **Rents**

Is the claim subject to offset? ☐ No ■ Yes

| Debtor | Northern Boulevard Automall, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**533 48th LLC**
**25-19 BORDEN AVENUE,**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**54 Bway LLC**
**25-19 BORDEN AVENUE,**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**5615 Northern LLC**
**25-19 BORDEN AVENUE**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**700 CREDIT**
**PO Box 101015**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,000.00 |
|---|---|---|---|

**A Rapid**
**28 Welwood Street**
**Phoenix, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $313.56 |
|---|---|---|---|

**ACE SERVICE & INSTALLATIO**
**69 Gazza Blvd**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $385.45 |
|---|---|---|---|

**ACURA FINANCIAL SERVICES**
**2080 CABOT BLVD WEST**
**LOCKBOX #7829**
**Langhorne, PA 19047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Northern Boulevard Automall, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.60** |
|---|---|---|---|
| | **ALL STAR AUTO GROUP** | ☐ Contingent | |
| | **740 N. Broadway** | ☐ Unliquidated | |
| | **Massapequa, NY 11758** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|
| | **ALLDATA** | ☐ Contingent | |
| | **P.O.BOX 848379** | ☐ Unliquidated | |
| | **Dallas, TX 75284-8379** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,635.61** |
|---|---|---|---|
| | **ALLY INSURANCE  GENERAL L** | ☐ Contingent | |
| | **PO BOX 975670** | ☐ Unliquidated | |
| | **Dallas, TX 75397-5670** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,916.00** |
|---|---|---|---|
| | **AM TRUST NORTH AMERICA** | ☐ Contingent | |
| | **800 SUPERIOR AVENUE E** | ☐ Unliquidated | |
| | **Cleveland, OH 44114** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Workers Comp insurance audit balance_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490,000.00** |
|---|---|---|---|
| | **AMEX MERCHANT FINANCING** | ☐ Contingent | |
| | **200 Vessey Street** | ☐ Unliquidated | |
| | **New York, NY 10285-3106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _All Assets of Debtor_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **ANTENNA PAY TV USA, INC.** | ■ Contingent | |
| | **645 FIFTH AVE #406** | ■ Unliquidated | |
| | **New York, NY 10022** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|
| | **APPLIED CONCEPTS** | ■ Contingent | |
| | **55 SKYLINE DRIVE** | ■ Unliquidated | |
| | **ste 2200** | ■ Disputed | |
| | **Lake Mary, FL 32746** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ■ Yes | |

| Debtor | Northern Boulevard Automall, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**AUTO LISI, INC**
1827 42nd street
Astoria, NY 11105

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**AUTOBYTEL**
18872 MacArthur Blvd.,
ste 200
Irvine, CA 92612-1400

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**AUTOCORE INC.**
3 Grace Ave, ste 119
Great Neck, NY 11021

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,263.00 |
|---|---|---|---|

**Autoguard Advantage Corp**
5500 Frantz Road
Ste 100
Dublin, OH 43017

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $779.54 |
|---|---|---|---|

**BALLOONS PROMOTIONS**
30 SHERWOOD LANE
Suite F
Fairfield, NJ 07004

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BANK OF AMERICA- BOA**
900 Southside Blvd
Building 200
Jacksonville, FL 32256

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|---|---|---|---|

**BIG Z AUTO BODY**
32-13 57th Street
Woodside, NY 11377

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Northern Boulevard Automall, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $647.80 |
|---|---|---|---|
| | **BOHEMIA NYC GROUP CORP.**<br>**3378 11th Street, 4D**<br>**Astoria, NY 11106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **BP GAS CARD**<br>**PO Box 965006**<br>**Orlando, FL 32896-5006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,763.12 |
|---|---|---|---|
| | **Brothers Repair - DEC JAN**<br>**21-15 38TH AVE**<br>**Long Island City, NY 11101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CAPITAL ONE**<br>**1680 Capital One Drive**<br>**Mc Lean, VA 22102-3491** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,250.00 |
|---|---|---|---|
| | **CARDONE TRAINING TECHNOLO**<br>**18909 NE 29TH AVE**<br>**Miami, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,629.00 |
|---|---|---|---|
| | **CARFAX**<br>**16630 COLLECTION CNTR DR.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CARS.COM**<br>**2631 SOLUTION CENTER**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Northern Boulevard Automall, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,788.00 |
|---|---|---|---|

**CHRYSLER CAPITAL**
**1010 West Mockingbird Lan**
**ste 100**
**Dallas, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190,000.00 |
|---|---|---|---|

**CIT DIRECT CAPITAL STATEW**
**900 Merchants Concourse**
**#216**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,499.00 |
|---|---|---|---|

**CIT DIRECT CAPITAL STATEW**
**900 Merchants Concourse**
**#216**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**City Lights Electric**
**37-03 24TH AVENUE**
**Astoria, NY 11103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,254.50 |
|---|---|---|---|

**CLASSIC AUTOMOBILES**
**64-66 80TH AVE**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.00 |
|---|---|---|---|

**CON EDISON**
**JAF Station**
**PO Box 1702**
**New York, NY 10116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CONTACT AT ONCE**
**28619 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,254.97** |
|---|---|---|---|

**CONVERGENT - CARGURUS**
**800 SW 39th Street**
**Ste 100**
**Renton, WA 98057**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,372.59** |
|---|---|---|---|

**CREDIT BUREAU CONNECTION**
**575 E.LOCUST AVE**
**SUITE 103**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,809.00** |
|---|---|---|---|

**CRYSTAL FUSION**
**185 WEST MONTAUK HWY,**
**Lindenhurst, NY 11757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,725.00** |
|---|---|---|---|

**DEALER COMPLIANCE SERVICE**
**2464 KERR DRIVE**
**Virginia Beach, VA 23454**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.48** |
|---|---|---|---|

**DEALER INSPIRE**
**P.O.BOX 775674**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,428.47** |
|---|---|---|---|

**DEALER RATER**
**75 REMITTANCE DRIVE**
**Dept 6767**
**Chicago, IL 60675**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DEALER SOCKET**
**P.O.BOX 845423,**
**Los Angeles, CA 90084**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$865.00** |
|---|---|---|---|

**DEALER SOLUTIONS ONE**
P.O.BOX 215
Clearwater, FL 33757

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,331.64** |
|---|---|---|---|

**DEALER SPECIALTY - DOMINI**
**DOMINION PROCESSING-DEPT**
PO Box 775523
Chicago, IL 60677

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00** |
|---|---|---|---|

**DEALER SPECIALTY - NY POS**
**DOMINION PROCESSING-DEPT**
PO Box 775523
Chicago, IL 60677

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,908.30** |
|---|---|---|---|

**DEALER TRACK**
P.O.BOX 6129
New York, NY 10249

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$225.42** |
|---|---|---|---|

**DELAGE LADEN FINANCIAL**
1111 Old Eagle School Rd
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**DENT SHIELD**
P.O.BOX 701177,
East Elmhurst, NY 11370

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DIO LONG LLC**
25-19 BORDEN AVENUE,
Long Island City, NY 11101

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**DIO NORTH LLC**
**25-19 BORDEN AVENUE,**
**Long Island City, NY 11101**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$228.00** |
|---|---|---|---|

**DOMAIN LISTINGS**
**P.O.BOX 19607,**
**Las Vegas, NV 89132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**DP SALES DISTRIBUTORS INC**
**12A SEABRO AVENUE,**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$298.42** |
|---|---|---|---|

**EAG AUTO LEASING**
**151 KINGS HIGHWAY,**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
|---|---|---|---|

**EDMUNDS.COM, INC.**
**P.O.BOX 783531**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,086.00** |
|---|---|---|---|

**ELITE RIM REPAIR**
**30 WESTAMES COURT,**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$179.32** |
|---|---|---|---|

**EMPIRE WATER**
**46 CAIN DRIVE,**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,400.00** |
|---|---|---|---|

**ERNIES AUTO DETAILING INC**
**86 SPRING STREET,**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,891.00** |
|---|---|---|---|

**FIVE STAR ADVERTISING & M**
**P.O.BOX 160,**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$682.78** |
|---|---|---|---|

**FUSION AUTO FINANCE**
**1320 TENNIS DRIVE,**
**Bedford, TX 76022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,283.00** |
|---|---|---|---|

**GE NBC ADVERTISING**
**30 Rockefeller Plaza**
**New York, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$359.81** |
|---|---|---|---|

**GENERAL MOTORS FINANCIAL**
**1820 E SKY HARBOR CIRCLE**
**South**
**Suite 150**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00** |
|---|---|---|---|

**GENERAL WELDING SUPPLY CO**
**600 SHAMES DRIVE,**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**GLASS MEHA GLASS Mechanix**
**20 E Homestead Ave**
**Palisades Park, NJ 07650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Northern Boulevard Automall, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $795.00 |
|---|---|---|---|

**GLM SECURITY AND SOUND, I**
**47 HARRIET PLACE,**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,328.28 |
|---|---|---|---|

**GLOBAL INDUSTRIES**
**29833 NETWORK PLACE, C**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,152.70 |
|---|---|---|---|

**GPP - GALLAGHER PROMOTION**
**655 Florida Central Pkwy**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,849.00 |
|---|---|---|---|

**HARCO INSURANCE**
**15597 COLLECTION CENTER D**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,572.00 |
|---|---|---|---|

**HONDA FINANCIAL SERVICES**
**19106 101 N INDEPENCE**
**Mall East**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,022.00 |
|---|---|---|---|

**HYUNDAI MOTOR FINANCE**
**P.O.BOX 650805,**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,400.00 |
|---|---|---|---|

**INNOVARE MEDICAL MEDIA**
**3496 ROUTE 22,**
**Somerville, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Northern Boulevard Automall, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $376.31 |
|---|---|---|---|
| | **INTERAMERICAN MOTOR CORP.**<br>**8901 CANOGA AVENUE**<br>**Canoga Park, CA 91304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.75 |
|---|---|---|---|
| | **JOHN A. VASSIAROS, INC.**<br>**2905 120TH STREET,**<br>**Flushing, NY 11354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|
| | **JOHN MOUTOPOULOS**<br>**2838 Lee Place**<br>**Bellmore, NY 11710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,943.00 |
|---|---|---|---|
| | **KOEPPEL AND LASHER**<br>**c/o Koeppel Nissan**<br>**74-15 Northern Blvd**<br>**Jackson Heights, NY 11372** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|
| | **KPA SERVICES LLC**<br>**P.O.BOX 301526,**<br>**Dallas, TX 75303** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $925.44 |
|---|---|---|---|
| | **L.L. OVERHEAD GARAGE DOOR**<br>**31-25 45 street**<br>**Astoria, NY 11103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,835.56 |
|---|---|---|---|
| | **LABONTE LAW GROUP, LLC**<br>**1461 FRANKLIN AVE,**<br>**Suite LL-S**<br>**Garden City, NY 11530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,147.42** |
|---|---|---|---|

**LAND ROVER FINANCIAL GROU**
PO BOX 78074,
Phoenix, AZ 85062-8074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Liberty Glass**
6502 QUEENS BLVD,
Woodside, NY 11377

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**MARSHALL MILLER ASSOCIATE**
3000 MARCUS AVE,
ste 3W8
New Hyde Park, NY 11042

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$798.00** |
|---|---|---|---|

**MAZDA CAPITAL SERVICES**
1820 E.SKY HARBOR CIRCLE,
ste 150
Phoenix, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.39** |
|---|---|---|---|

**MID-RONICS**
7000 MONROE STREET,
Willowbrook, IL 60527

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Miller Advertising**
220 WEST 42ND STREET
12th Floor
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |
|---|---|---|---|

**MINI FINANCIAL SERVICES**
P.O.BOX 78103,
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.59** |
|---|---|---|---|
| | **MR. T CARTING** | ☐ Contingent | |
| | **73-10 EDSALL AVE,** | ☐ Unliquidated | |
| | **Ridgewood, NY 11385** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|
| | **NADA** | ☐ Contingent | |
| | **8401 Greensboro Drive** | ☐ Unliquidated | |
| | **ste 1000** | ☐ Disputed | |
| | **Mc Lean, VA 22102** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,056.73** |
|---|---|---|---|
| | **National Grid** | ☐ Contingent | |
| | **PO Box 11741** | ☐ Unliquidated | |
| | **Newark, NJ 07101-9839** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Utility__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,300.00** |
|---|---|---|---|
| | **NEWSDAY  -  ADVERTISING** | ☐ Contingent | |
| | **235 Pinelawn Road** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|
| | **NEXTEPPE BUSINESS SOLUTIO** | ☐ Contingent | |
| | **P.O.BOX 915** | ☐ Unliquidated | |
| | **Sayville, NY 11782** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Nikolaos Letsios** | ☐ Contingent | |
| | **16418 Cryders Lane** | ☐ Unliquidated | |
| | **Whitestone, NY 11357** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,524.00** |
|---|---|---|---|
| | **NISSAN MOTOR ACCEPTANCE** | ☐ Contingent | |
| | **8900 FREEPORT PARKWAY,** | ☐ Unliquidated | |
| | **Irving, TX 75063** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Northern Boulevard Automall, LLC**                    Case number *(if known)* _____
      Name

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,506.00 |
|---|---|---|---|

**NMAC/IFS**
**8900 FREEPORT PARKWAY,**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367.00 |
|---|---|---|---|

**NUSPIRE**
**3155 Dallavo Court**
**Walled Lake, MI 48390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**NYSADA**
**37 Elk St**
**Albany, NY 12207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**OECONNECTIONS, LLC**
**P.O.BOX 92315,**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,401.87 |
|---|---|---|---|

**PALISADES FUNDING LLC**
**72-12 QUEENS BLVD,**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**PAPPAS AIR COMPRESSOR & G**
**2544 N JERUSALEM ROAD,**
**Bellmore, NY 11710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**PARK PLACE**
**33-18 60TH STREET,**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,273.21** |
|---|---|---|---|

**PARTS AUTHORITY LLC**
**3 Dakota Drive, Suite 110**
**New Hyde Park, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**PAUL'S FLAGS AND SIGNS**
**P.O.BOX 502,**
**Nesconset, NY 11767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.59** |
|---|---|---|---|

**PAY LINKS DIRECT**
**150 North Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**R. MANNARINO**
**P.O.BOX 1266,**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**REYNOLDS AND REYNOLDS**
**P.O.BOX 182206,**
**Columbus, OH 43218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**ROSENBLATT, LEVITTAN & VU**
**1700 JERICHO TURNPIKE,**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,167.72** |
|---|---|---|---|

**ROY DOMENECH**
**2907 UTOPIA PARKWAY,**
**Flushing, NY 11358**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Northern Boulevard Automall, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**SAFETY KLEEN**
**60 SEABRO  AVE,**
**Amityville, NY 11701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $267.75 |
|---|---|---|---|

**SCAN SOLUTIONS**
**7330 STAPLES MILL ROAD,**
**Henrico, VA 23228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**SHRED IT USA**
**28883 NETWORK PLACE,**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
|---|---|---|---|

**SILVER RAY TECHNOLOGIES**
**2577 OCEANSIDE ROAD,**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $600.00 |
|---|---|---|---|

**SIMPLE PART**
**84 WALTON STREET NW,**
**Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SNAP ON BUSINESS SOLUTION**
**27001 NETWORK PLACE,**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SPYRO E. AVDOULOS**
**160-12 11TH Ave**
**Beechhurst, NY 11357**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ■ Yes

Debtor   **Northern Boulevard Automall, LLC**                              Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$52,880.00** |

**Staff Pro Inc**
**431 Beach 20th Street**
**Far Rockaway, NY 11691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$350.00** |

**SUPERIOR INTEGRATED SOLUT**
**517 ROUTE ONE SOUTH,**
**ste 2210**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$380.00** |

**TELEMUNDO**
**2350 NW 117th Place**
**Miami, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$3,000.00** |

**TM& T SERVICE STATION**
**4115 Northern Blvd,**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$712.00** |

**TOYOTA FINANCIAL SERVICES**
**5505 N CUMBERLAND AVE**
**ste 307**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$1,500.00** |

**TRI COUNTY AUTO SUPPLY CO**
**311 W. MAIN STREET,**
**Rockaway, NJ 07866**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |

**TRU VIDEO**
**981 WORCESTER ST,**
**ste 1B**
**Wellesley, MA 02482**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Northern Boulevard Automall, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123** | Nonpriority creditor's name and mailing address

**UNITED HEALTH CARE**
**5901 Lincoln Dr**
**Minneapolis, MN 55436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,281.00**

---

**3.124** | Nonpriority creditor's name and mailing address

**UPS**
**P.O.BOX 7247,**
**Philadelphia, PA 19170**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19.47**

---

**3.125** | Nonpriority creditor's name and mailing address

**US BANK - EQUIPMENT FINAN**
**1310 MADRID STREET,**
**ste 101**
**Marshall, MN 56258**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,970.00**

---

**3.126** | Nonpriority creditor's name and mailing address

**USWU**
**138-50 Queens Boulevard**
**Jamaica, NY 11435**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Union Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$42,412.00**

---

**3.127** | Nonpriority creditor's name and mailing address

**VALLEY MERRICK, LLC**
**25-19 BORDEN AVENUE**
**Long Island City, NY 11101**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.128** | Nonpriority creditor's name and mailing address

**VAUTO**
**WELLS FARGO**
**ATTN LOCKBOX 935202**
**Atlanta, GA 30354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$2,256.00**

---

**3.129** | Nonpriority creditor's name and mailing address

**VERIZON**
**P.O.BOX 15124,**
**Albany, NY 12212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$103.73**

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Northern Boulevard Automall, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $538.75 |
|---|---|---|---|

**Verizon Fios**
P.O.BOX 15124,
Albany, NY 12212

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,600.00 |
|---|---|---|---|

**VINSOLUTIONS**
P.O.BOX 935595,
Atlanta, GA 31193

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427,763.45 |
|---|---|---|---|

**VOLKSWAGEN CREDIT**
1401 FRANKLIN BLVD,
Libertyville, IL 60048

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,158.48 |
|---|---|---|---|

**VOLKSWAGEN CREDIT**
1401 FRANKLIN BLVD,
Libertyville, IL 60048

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $448.00 |
|---|---|---|---|

**VW CREDIT LEASING**
1401 FRANKLIN BLVD,
Libertyville, IL 60048

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,000.00 |
|---|---|---|---|

**WARRENTECH AUTOMOTIVE, IN**
14800 Frye Road
LOCK BOX 99405,
Fort Worth, TX 76155

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wells Fargo Dealer Servic**
1740 Broadway St LL2
Lockbox 17900
Denver, CO 80274

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Northern Boulevard Automall, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Winter Car Wash**
**51-21 Northern Blvd**
**Woodside, NY 11377**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **NYS Attorney General**<br>**28 Liberty St 15th floor**<br>**New York, NY 10005** | Line **2.41**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **US Attorney**<br>**271 Cadman Plaza East**<br>**Brooklyn, NY 11201** | Line **2.17**<br><br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **63,531.56** |
| 5b. Total claims from Part 2 | 5b.  + | $ | **1,998,697.57** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,062,229.13** |

---

Fill in this information to identify the case:

Debtor name    **Northern Boulevard Automall, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **33-20 55th Street, Woodside, NY, lease expires 12/31/2024** | |
| | State the term remaining | **68 months** | **54 Bway LLC** |
| | List the contract number of any government contract | _____ | **25-19 Borden Avenue** **Long Island City, NY 11101** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **56-15 Northern Blvd, Woodside, NY, lease expires 6/30/19** | |
| | State the term remaining | **3 months** | **5616 Northern LLC** |
| | List the contract number of any government contract | _____ | **25-19 Borden Avenue** **Long Island City, NY 11101** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Hunter car lifts, allignment system and related other equipment** | |
| | State the term remaining | | **GREAT AMERICAN FINANCE SE** |
| | List the contract number of any government contract | _____ | **625 First Street** **Cedar Rapids, IA 52401-2030** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease or Purchase Agreement for Parking Lifts and related equipment** | |
| | State the term remaining | | **LAKELAND BANK** |
| | List the contract number of any government contract | _____ | **250 Oak Ridge Road** **Oak Ridge, NJ 07438** |

| Debtor 1 | **Northern Boulevard Automall, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for computers** | |
|---|---|---|---|
| | State the term remaining | | **REYNA CAPITAL CORPORATION**<br>**PO BOX 674275**<br>**Dallas, TX 75267** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise agreement** | |
|---|---|---|---|
| | State the term remaining | | **Volkswagen**<br>**2200 Ferdinand Porsche Dr**<br>**Herndon, VA 20171** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Northern Boulevard Automall, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Nikolaos Letsios** | **16418 Cryders Lane**<br>**Whitestone, NY 11357** | **AMEX MERCHANT FINANCING** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.2 **Nikolaos Letsios** | **16418 Cryders Lane**<br>**Whitestone, NY 11357** | **VOLKSWAGEN CREDIT** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Nikolaos Letsios** | **16418 Cryders Lane**<br>**Whitestone, NY 11357** | **VOLKSWAGEN CREDIT Inc.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Spyro Avdoulos** | **160-12 11th Avenue**<br>**Whitestone, NY 11357** | **VOLKSWAGEN CREDIT** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Spyro Avdoulos** | **160-12 11th Avenue**<br>**Whitestone, NY 11357** | **VOLKSWAGEN CREDIT Inc.** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re **Northern Boulevard Automall, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 26,717.00 |
| Prior to the filing of this statement I have received | $ | 26,717.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  6, 2019**

*Date*

**/s/ Robert J. Spence**
**Robert J. Spence**
*Signature of Attorney*
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060  Fax: 516-605-2084**
**rspence@spencelawpc.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of New York

In re    **Northern Boulevard Automall, LLC** _____     Case No. _____

                                                                Debtor(s)           Chapter    **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nikolaos Letsios** | | | **51% Membership Interest** |
| **Spyro Avdoulos** | | | **49% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March  6, 2019** _____          Signature    **/s/ Nikolaos Letsios** _____

                                                                    **Nikolaos Letsios**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re  **Northern Boulevard Automall, LLC**

Debtor(s)

Case No.

Chapter  **11**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:  **March  6, 2019**

**/s/ Nikolaos Letsios**

**Nikolaos Letsios/Managing Member**
Signer/Title

Date:  **March  6, 2019**

**/s/ Robert J. Spence**

Signature of Attorney
**Robert J. Spence**
**Spence Law Office, P.C.**
**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060   Fax: 516-605-2084**

12 VOLT DOCTOR
2917 ARTHUR KILL ROAD
Staten Island, NY 10309

142 North LLC
25-19 BORDEN AVENUE,
Astoria, NY 11103

2545 BORDEN LLC
25-19 Borden Avenue
Long Island City, NY 11101

533 48th LLC
25-19 BORDEN AVENUE,
Long Island City, NY 11101

54 Bway LLC
25-19 Borden Avenue
Long Island City, NY 11101

5615 Northern LLC
25-19 BORDEN AVENUE
Long Island City, NY 11101

5616 Northern LLC
25-19 Borden Avenue
Long Island City, NY 11101

700 CREDIT
PO Box 101015
Pasadena, CA 91189

A Rapid
28 Welwood Street
Phoenix, AZ 85041

ACE SERVICE & INSTALLATIO
69 Gazza Blvd
Farmingdale, NY 11735

ACURA FINANCIAL SERVICES
2080 CABOT BLVD WEST
LOCKBOX #7829
Langhorne, PA 19047

ADAMS-EDWARDS, LYDIA


AHMED, REFATH


ALL STAR AUTO GROUP
740 N. Broadway
Massapequa, NY 11758


ALLDATA
P.O.BOX 848379
Dallas, TX 75284-8379


ALLY INSURANCE   GENERAL L
PO BOX 975670
Dallas, TX 75397-5670


AM TRUST NORTH AMERICA
800 SUPERIOR AVENUE E
Cleveland, OH 44114


AMEX MERCHANT FINANCING
200 Vessey Street
New York, NY 10285-3106


ANTENNA PAY TV USA, INC.
645 FIFTH AVE #406
New York, NY 10022


APPLIED CONCEPTS
55 SKYLINE DRIVE
ste 2200
Lake Mary, FL 32746


AUTO LISI, INC
1827 42nd street
Astoria, NY 11105


AUTOBYTEL
18872 MacArthur Blvd.,
ste 200
Irvine, CA 92612-1400

AUTOCORE INC.
3 Grace Ave, ste 119
Great Neck, NY 11021


Autoguard Advantage Corp
5500 Frantz Road
Ste 100
Dublin, OH 43017


AVALOS, DARWIN


AVILES, JAVIER A


BALLOONS PROMOTIONS
30 SHERWOOD LANE
Suite F
Fairfield, NJ 07004


BANK OF AMERICA- BOA
900 Southside Blvd
Building 200
Jacksonville, FL 32256


BEBRY, JANET


BIG Z AUTO BODY
32-13 57th Street
Woodside, NY 11377


BOHEMIA NYC GROUP CORP.
3378 11th Street, 4D
Astoria, NY 11106


BP GAS CARD
PO Box 965006
Orlando, FL 32896-5006


BROSI, KEVIN J

Brothers Repair - DEC JAN
21-15 38TH AVE
Long Island City, NY 11101


CAPITAL ONE
1680 Capital One Drive
Mc Lean, VA 22102-3491


CARDONE TRAINING TECHNOLO
18909 NE 29TH AVE
Miami, FL 33180


CARFAX
16630 COLLECTION CNTR DR.
Chicago, IL 60693


CARS.COM
2631 SOLUTION CENTER
Chicago, IL 60677


CASTRO, ALBERT CESAR


CHRYSLER CAPITAL
1010 West Mockingbird Lan
ste 100
Dallas, TX 75247


CIT DIRECT CAPITAL STATEW
900 Merchants Concourse
#216
Westbury, NY 11590


City Lights Electric
37-03 24TH AVENUE
Astoria, NY 11103


CLASSIC AUTOMOBILES
64-66 80TH AVE
Ridgewood, NY 11385


CON EDISON
JAF Station
PO Box 1702
New York, NY 10116

CONTACT AT ONCE
28619 NETWORK PLACE
Chicago, IL 60673


CONVERGENT - CARGURUS
800 SW 39th Street
Ste 100
Renton, WA 98057


CORDOVA, YESENIA


CORSEY, SHERETTE M


CREDIT BUREAU CONNECTION
575 E.LOCUST AVE
SUITE 103
Fresno, CA 93720


CRUZ, ANGELA


CRYSTAL FUSION
185 WEST MONTAUK HWY,
Lindenhurst, NY 11757


DEALER COMPLIANCE SERVICE
2464 KERR DRIVE
Virginia Beach, VA 23454


DEALER INSPIRE
P.O.BOX 775674
Chicago, IL 60677


DEALER RATER
75 REMITTANCE DRIVE
Dept 6767
Chicago, IL 60675


DEALER SOCKET
P.O.BOX 845423,
Los Angeles, CA 90084

DEALER SOLUTIONS ONE
P.O.BOX 215
Clearwater, FL 33757


DEALER SPECIALTY - DOMINI
DOMINION PROCESSING-DEPT
PO Box 775523
Chicago, IL 60677


DEALER SPECIALTY - NY POS
DOMINION PROCESSING-DEPT
PO Box 775523
Chicago, IL 60677


DEALER TRACK
P.O.BOX 6129
New York, NY 10249


DELAGE LADEN FINANCIAL
1111 Old Eagle School Rd
Wayne, PA 19087


DENT SHIELD
P.O.BOX 701177,
East Elmhurst, NY 11370


DIAZ, CAROLINA


DIO LONG LLC
25-19 BORDEN AVENUE,
Long Island City, NY 11101


DIO NORTH LLC
25-19 BORDEN AVENUE,
Long Island City, NY 11101


DOMAIN LISTINGS
P.O.BOX 19607,
Las Vegas, NV 89132


DP SALES DISTRIBUTORS INC
12A SEABRO AVENUE,
Amityville, NY 11701

DU, SARAH


EAG AUTO LEASING
151 KINGS HIGHWAY,
Brooklyn, NY 11223


EDMUNDS.COM, INC.
P.O.BOX 783531
Philadelphia, PA 19178


ELITE RIM REPAIR
30 WESTAMES COURT,
Plainview, NY 11803


EMPIRE WATER
46 CAIN DRIVE,
Plainview, NY 11803


ENCARNACION, DAVID


ERNIES AUTO DETAILING INC
86 SPRING STREET,
Passaic, NJ 07055


FIVE STAR ADVERTISING & M
P.O.BOX 160,
Plainview, NY 11803


FRANCO, WILFRIDO


FRANIA, ADAM


FUSION AUTO FINANCE
1320 TENNIS DRIVE,
Bedford, TX 76022


GE NBC ADVERTISING
30 Rockefeller Plaza
New York, NY 10112

GENERAL MOTORS FINANCIAL
1820 E SKY HARBOR CIRCLE
South
Suite 150
Phoenix, AZ 85034


GENERAL WELDING SUPPLY CO
600 SHAMES DRIVE,
Westbury, NY 11590


GLASS MEHA GLASS Mechanix
20 E Homestead Ave
Palisades Park, NJ 07650


GLM SECURITY AND SOUND, I
47 HARRIET PLACE,
Lynbrook, NY 11563


GLOBAL INDUSTRIES
29833 NETWORK PLACE, C
Chicago, IL 60673


GPP - GALLAGHER PROMOTION
655 Florida Central Pkwy
Longwood, FL 32750


GREAT AMERICAN FINANCE SE
625 First Street
Cedar Rapids, IA 52401-2030


HARCO INSURANCE
15597 COLLECTION CENTER D
Chicago, IL 60693


HIDALGO, ERIKA


HONDA FINANCIAL SERVICES
 19106 101 N INDEPENCE
Mall East
Philadelphia, PA 19106


HYUNDAI MOTOR FINANCE
P.O.BOX 650805,
Dallas, TX 75266

INNOVARE MEDICAL MEDIA
3496 ROUTE 22,
Somerville, NJ 08876


INTERAMERICAN MOTOR CORP.
8901 CANOGA AVENUE
Canoga Park, CA 91304


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Joann Sternheimer, Esq.
Deily & Glastetter LLP
8 Southwoods Blvd.
Ste 207
Albany, NY 12211


JOHN A. VASSIAROS, INC.
2905 120TH STREET,
Flushing, NY 11354


JOHN MOUTOPOULOS
2838 Lee Place
Bellmore, NY 11710


JOSEPH, MARVIN


KOEPPEL AND LASHER
c/o Koeppel Nissan
74-15 Northern Blvd
Jackson Heights, NY 11372


KPA SERVICES LLC
P.O.BOX 301526,
Dallas, TX 75303


L.L. OVERHEAD GARAGE DOOR
31-25 45 street
Astoria, NY 11103

LABONTE LAW GROUP, LLC
1461 FRANKLIN AVE,
Suite LL-S
Garden City, NY 11530

LAKELAND BANK
250 Oak Ridge Road
Oak Ridge, NJ 07438

LAND ROVER FINANCIAL GROU
PO BOX 78074,
Phoenix, AZ 85062-8074

LEE, HERMAN

LEE, SUNGIL

LEONG, LAWRENCE

LETSIOS, MARINA

LI , JOHNSON

Liberty Glass
6502 QUEENS BLVD,
Woodside, NY 11377

LIQUET, BENJAMIN E.

LOPEZ, JUAN TOMAS

LOWE, MONAE

LUNA, CHRISTIAN P.

MARSHALL MILLER ASSOCIATE
3000 MARCUS AVE,
ste 3W8
New Hyde Park, NY 11042


MARTINEZ RIVERA, JOSE R.


MAZDA CAPITAL SERVICES
1820 E.SKY HARBOR CIRCLE,
ste 150
Phoenix, AZ 85034


MCDONALD, BRIAN


MEDINA, RODOLFO


MID-RONICS
7000 MONROE STREET,
Willowbrook, IL 60527


Miller Advertising
220 WEST 42ND STREET
12th Floor
New York, NY 10036


MINI FINANCIAL SERVICES
P.O.BOX 78103,
Phoenix, AZ 85062


MOLLOY, BRIAN


MOLLOY, DANIEL


MONGE SERRANO, JOSE WILLI


MORENO, MIGUEL E.

MORONTA, ANA M.


MOUTOPOULOS, ANGELA


MOUTOPOULOS, JOHN


MR. T CARTING
73-10 EDSALL AVE,
Ridgewood, NY 11385


NADA
8401 Greensboro Drive
ste 1000
Mc Lean, VA 22102


National Grid
PO Box 11741
Newark, NJ 07101-9839


NEWSDAY  - ADVERTISING
235 Pinelawn Road
Melville, NY 11747


NEXTEPPE BUSINESS SOLUTIO
P.O.BOX 915
Sayville, NY 11782


NIEVES, DANIEL


Nikolaos Letsios
16418 Cryders Lane
Whitestone, NY 11357


NISSAN MOTOR ACCEPTANCE
8900 FREEPORT PARKWAY,
Irving, TX 75063


NMAC/IFS
8900 FREEPORT PARKWAY,
Irving, TX 75063

NUNEZ, FRANCISCO


NUNEZ, MICHAEL A.


NUSPIRE
3155 Dallavo Court
Walled Lake, MI 48390


NYS Attorney General
28 Liberty St 15th floor
New York, NY 10005


NYS Dept of Tax & Finance
Bankruptcy Section
PO BOX 5300
Albany, NY 12205


NYSADA
37 Elk St
Albany, NY 12207


OECONNECTIONS, LLC
P.O.BOX 92315,
Cleveland, OH 44193


OWENS, MYKISHA


PALISADES FUNDING LLC
72-12 QUEENS BLVD,
Woodside, NY 11377


PAPANTONIOU, GEORGE S


PAPPAS AIR COMPRESSOR & G
2544 N JERUSALEM ROAD,
Bellmore, NY 11710


PARK PLACE
33-18 60TH STREET,
Woodside, NY 11377

PARTS AUTHORITY LLC
3 Dakota Drive, Suite 110
New Hyde Park, NY 11042


PAUL'S FLAGS AND SIGNS
P.O.BOX 502,
Nesconset, NY 11767


PAY LINKS DIRECT
150 North Wacker Drive
Chicago, IL 60606


PENA, ADONIS


R. MANNARINO
P.O.BOX 1266,
Commack, NY 11725


REYNA CAPITAL CORPORATION
PO BOX 674275
Dallas, TX 75267


REYNOLDS AND REYNOLDS
P.O.BOX 182206,
Columbus, OH 43218


RIOS, ROBERT M


RIVERA, JOSEPH


ROOPNARINE, BRANDON


ROSENBLATT, LEVITTAN & VU
1700 JERICHO TURNPIKE,
New Hyde Park, NY 11040


ROY DOMENECH
2907 UTOPIA PARKWAY,
Flushing, NY 11358

SAFETY KLEEN
60 SEABRO AVE,
Amityville, NY 11701


SANCHEZ, ARTEMIO H.


SAREEN, SOMANSHU


SCAN SOLUTIONS
7330 STAPLES MILL ROAD,
Henrico, VA 23228


SEMPER, CYRIL


SHRED IT USA
28883 NETWORK PLACE,
Chicago, IL 60673


SILVER RAY TECHNOLOGIES
2577 OCEANSIDE ROAD,
Oceanside, NY 11572


SIMPLE PART
84 WALTON STREET NW,
Atlanta, GA 30303


SKEETER, JONATHAN


SNAP ON BUSINESS SOLUTION
27001 NETWORK PLACE,
Chicago, IL 60673


SOLORZANO, NORMA


Spyro Avdoulos
160-12 11th Avenue
Whitestone, NY 11357

SPYRO E. AVDOULOS
160-12 11TH Ave
Beechhurst, NY 11357


Staff Pro Inc
431 Beach 20th Street
Far Rockaway, NY 11691


SUPERIOR INTEGRATED SOLUT
517 ROUTE ONE SOUTH,
ste 2210
Iselin, NJ 08830


TELEMUNDO
2350 NW 117th Place
Miami, FL 33182


THEN, JONATHAN


TM& T SERVICE STATION
4115 Northern Blvd,
Long Island City, NY 11101


TOYOTA FINANCIAL SERVICES
5505 N CUMBERLAND AVE
ste 307
Chicago, IL 60656


TRI COUNTY AUTO SUPPLY CO
311 W. MAIN STREET,
Rockaway, NJ 07866


TRU VIDEO
981 WORCESTER ST,
ste 1B
Wellesley, MA 02482


UNITED HEALTH CARE
5901 Lincoln Dr
Minneapolis, MN 55436


UPS
P.O.BOX 7247,
Philadelphia, PA 19170

US Attorney
271 Cadman Plaza East
Brooklyn, NY 11201


US BANK - EQUIPMENT FINAN
1310 MADRID STREET,
ste 101
Marshall, MN 56258


USWU
138-50 Queens Boulevard
Jamaica, NY 11435


VALLEY MERRICK, LLC
25-19 BORDEN AVENUE
Long Island City, NY 11101


VAUTO
WELLS FARGO
ATTN LOCKBOX 935202
Atlanta, GA 30354


VENTURA, MARIA


VERIZON
P.O.BOX 15124,
Albany, NY 12212


Verizon Fios
P.O.BOX 15124,
Albany, NY 12212


VINSOLUTIONS
P.O.BOX 935595,
Atlanta, GA 31193


Volkswagen
2200 Ferdinand Porsche Dr
Herndon, VA 20171


VOLKSWAGEN CREDIT
1401 FRANKLIN BLVD,
Libertyville, IL 60048

VOLKSWAGEN CREDIT Inc.
300 TICE BOULEVARD,
Woodcliff Lake, NJ 07677


VW CREDIT LEASING
1401 FRANKLIN BLVD,
Libertyville, IL 60048


WARRENTECH AUTOMOTIVE, IN
14800 Frye Road
LOCK BOX 99405,
Fort Worth, TX 76155


WEBER, LYNDA


Wells Fargo Dealer Servic
1740 Broadway St LL2
Lockbox 17900
Denver, CO 80274


Winter Car Wash
51-21 Northern Blvd
Woodside, NY 11377


XHUDO, PETRIT

# United States Bankruptcy Court
### Eastern District of New York

In re   __Northern Boulevard Automall, LLC__

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Northern Boulevard Automall, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  6, 2019__

Date

**/s/ Robert J. Spence**

**Robert J. Spence**

Signature of Attorney or Litigant

Counsel for   __Northern Boulevard Automall, LLC__

**Spence Law Office, P.C.**

**55 Lumber Road**
**Suite 5**
**Roslyn, NY 11576**
**516-336-2060 Fax:516-605-2084**
**rspence@spencelawpc.com**