UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                              Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC                    Case No. 19-41348 (NHL)
d/b/a Long Island City Volkswagen,

                                          Debtor.
------------------------------------------------------------X

## **ORDER AUTHORIZING THE APPOINTMENT OF CHAPTER 11 TRUSTEE**

Upon the request (the "Motion") of the United States Trustee for entry of an order authorizing the appointment of a Chapter 11 Trustee under 11 U.S.C. § 1104 in the above-captioned case of Northern Boulevard Automall, LLC dba Long Island City Volkswagen (the "Debtor"); and the Court having determined that notice is sufficient and constitutes due and proper notice of the Motion under the circumstances; and a hearing having been held upon the Motion on April 9, 2019, the record of which was so ordered (the "Hearing"); and upon the Court's determination at the Hearing; and upon the record of the Hearing and of this entire case, which is incorporated herein by reference; and good and sufficient cause appearing therefor; it is hereby

**ORDERED**, that the United States Trustee shall appoint a Chapter 11 Trustee in the Debtor's case, with all of the rights, powers, and duties authorized under the Bankruptcy Code; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.



                                                                                _/s/ Nancy Hershey Lord_____

**Dated: April 9, 2019**                                                        **Nancy Hershey Lord**
        **Brooklyn, New York**                                               **United States Bankruptcy Judge**