UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

NORTHERN BOULEVARD AUTOMALL, LLC,
dba Long Island City Volkswagen,                            Case No. 19-41348 (NHL)


                                           Debtor.
-----------------------------------------------------------x


## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

TO:   Richard J. McCord, Esq.
      Certilman Balin Adler & Hyman
      90 Merrick Avenue
      East Meadow, NY 11554

     You are hereby notified of your appointment as chapter 11 trustee of the estate of the above captioned debtor, subject to Court approval and securing a bond in favor of the United States.  The United States Trustee has fixed the initial amount of your bond at $100,000.00 under 11 U.S.C. § 322(b)(2).  You must file the bond with the Court and serve it on the United States Trustee within seven days after your appointment under 11 U.S.C. § 322(a).

Dated: New York, New York
        April 11, 2019                                    WILLIAM K. HARRINGTON
                                                          UNITED STATES TRUSTEE, REGION 2

                                                        By:     */s/Rachel Wolf*
                                                                Rachel Wolf
                                                                Trial Attorney

                                                          Office of the United States Trustee
                                                          201 Varick Street, Suite 1006
                                                          New York, New York 10014
                                                          Telephone: 212.510.0500
                                                          Facsimile: 212.668.2255
                                                          Rachel.Wolf@USDOJ.gov