Richard J. McCord, Esq.
Certilman Balin Adler & Hyman, LLP
Counsel to the Chapter 11 Trustee
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: 516-296-7000
Fax: 516-296-7111

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  Chapter 11
                                                                              Case No.: 19-41348-nhl
NORTHERN BOULEVARD AUTOMALL, LLC,
d/b/a Long Island City Volkswagen,

                                             Debtor.
-----------------------------------------------------------X

### NOTICE OF (I) SALE OF SUBSTANTIALLY ALL ASSETS OF THE ESTATE AND (II) SALE HEARING

**PLEASE TAKE NOTICE** that, on May 2, 2019, NORTHERN BOULEVARD AUTOMALL, LLC, d/b/a Long Island City Volkswagen (the "***Debtor***"), by the Chapter 11 Trustee Richard J. McCord (the "***Trustee***"), filed a *Motion for Entry of an Order (I) Authorizing and Approving Form and Manner of Notices; (II) Scheduling an Auction and Sale Hearing; (III) Approving the Sale of Substantially All of the Assets of the Debtor, Free and Clear of All Liens, Claims, Encumbrances, and Interests; (IV) Assumption and Assignment of Contracts; and (V) Granting Related Relief* [Docket No. 82] (the "***Sale Motion***") in the United States Bankruptcy Court for the Eastern District of New York, Brooklyn Division (the "***Bankruptcy Court***").

On May 16, 2019, the Court entered its *Interim Order (I) Authorizing and Approving: (A) Bid Procedures; and (B) Form and Manner of Notices; and (II) Scheduling an Auction and Sale Hearing* [Docket No. 97] (the "***Bid Procedures Order***") in the Chapter 11 Case.

**PLEASE TAKE FURTHER NOTICE** that the hearing (the "***Sale Hearing***") to approve the Motion will be held on **August 8, 2019 at 11:00 a.m.** before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Courtroom 3577, Brooklyn, NY 11201-1800.

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing an objection to the Sale(s) is **August 1, 2019 at 4:00 P.M. EST.** Any such objection must (a) be in writing, (b) state with specificity the nature of such objection, (c) comply with the Federal Rules of Bankruptcy Procedure, and (d) be filed with the Court and served on undersigned counsel for the Trustee.

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings related to the proposed sale, including the Sale Procedures Order (and attached bid procedures) approved by the Court, are available on the Bankruptcy Court's website at https://ecf.nyeb.uscourts.gov/. You can also request any pleading you need from counsel for the Trustee listed below.

Dated: East Meadow, New York
      May 17, 2019

                            **CERTILMAN BALIN ADLER & HYMAN, LLP**
                            Counsel to the Chapter 11 Trustee

                            By:   /s/ Richard J. McCord
                                  **RICHARD J. MCCORD, ESQ.**
                                  90 Merrick Avenue, 9th Floor
                                  East Meadow, NY 11554
                                  Tel: 516-296-7801