Richard J. McCord, Esq.  
Robert D. Nosek, Esq.  
CERTILMAN BALIN ADLER & HYMAN, LLP  
Counsel to the Chapter 7 Trustee  
90 Merrick Avenue  
East Meadow, New York 11554  
Phone: (516) 296-7000

Presentment Date: November 29, 2021  
Time: 10:00 a.m.  
Objections Due: December 9, 2021  
Time: 4:00 p.m.

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF NEW YORK  
---------------------------------------------------------X  
In re:

NORTHERN BOULEVARD AUTOMALL, LLC  
d/b/a LONG ISLAND VOLKSWAGEN,

Debtor.  
---------------------------------------------------------X

Chapter 7

Case No.: 19-41348-nhl

### NOTICE OF PRESENTMENT OF ORDER PURSUANT TO RULE 9019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING COMPROMISE AND SETTLEMENT

**PLEASE TAKE NOTICE** that Richard J. McCord, Esq., the Chapter 7 Trustee (the "Trustee") for the estate of Northern Boulevard Automall, LLC d/b/a Long Island Volkswagen (the "Debtor"), by and through his counsel, Certilman Balin Adler & Hyman, LLP, will present for signature before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, in her Chambers at the United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, on **November 29, 2021 at 10:00 a.m.**, the within Order (i) pursuant to Bankruptcy Rules 9019 and 2002(a)(3) for approval of the Stipulation of Settlement by and between Richard J. McCord, Esq., as Chapter 7 Trustee of the Estate of Northern Boulevard Automall, LLC d/b/a Long Island City Volkswagen and John Moutopoulos, resolving the Trustee's claims for the return of certain transfers made between December 10, 2018 and March 5, 2019 of Debtor funds to John Moutopoulos.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Trustee's application, must be in writing, stating with specificity the basis or bases on which such party in interest objects to the within Application, filed with the Bankruptcy Court at the Court's website www.nyeb.uscourts.gov (Password and Login Required) and shall be delivered to the Chambers of the Honorable Nancy Hershey Lord, and a hard copy shall be served upon the Chapter 7 Trustee, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, attn: Richard J. McCord, Esq., and (ii) the Office of the United States Trustee, Eastern District of New York (Brooklyn Office), U.S. Federal Office of Building, 201 Varick Street, New York, NY 10014. **All filing and service are to be made so as to be actually received by each party on or before December 9, 2021, at 4:00 p.m. Objections, if any will be heard on December 16, 2021 at 3:00 p.m**. If no objections are received, the Order may be signed without a hearing.

**NO HEARING WILL BE HELD UNLESS AN OBJECTION IS FILED AS ABOVE WITH PROOF OF SERVICE.**

**PLEASE TAKE FURTHER NOTICE,** unless otherwise advised, in the event a hearing goes forward, the hearing will be conducted telephonically. Prior to the hearing, please review

Judge Lord's Chambers Rules at https://www.nyeb.uscourts.gov/content/judge-nancy-hershey-lord to schedule your appearance and obtain the call in information.

Dated: East Meadow, New York
      October 29, 2021

                **CERTILMAN BALIN ADLER & HYMAN, LLP**
                Attorneys for Richard J. McCord, Chapter 7 Trustee

            By:    /s/Richard J. McCord
                    **RICHARD J. MCCORD, ESQ.**
                    90 Merrick Avenue
                    East Meadow, New York 11554
                    Phone: (516) 296-7000